MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

**FILED**
APR 2 1 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00039 NC |
| v. | NOTICE OF DISMISSAL; [PROPOSED] ORDER |
| MALISSA BEVERLY, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: April 17, 2014

MELINDA HAAG
United States Attorney

/s/
MARC P. WOLF
Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-00039 NC)

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the information.

Date: 4-18-14

_____
NATHANIEL COUSINS
United States Magistrate Judge

Nathannel Cousins

NOTICE OF DISMISSAL (CR 14-00039 NC)